1:19cv218
Kleeh/Aloi/Williams
Bivens

FILED
DEC 06 2019
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

FBOP

From: Kenneth Rudge
Reg # 77626057
Date: 11.25.19

United States Penitentiary
Hazelton - USP
P.O. Box 5000
Bruceton Mills, WV
26525

The Executive Staff and his Special Housing Unit Staff are engaging in a sadistic practice of cruel & unusual punishment that is forbidding by the Eighth Amendment. These Acts shake the moral Fabric of the Constitution since they are performed under the color of law with deliberate indifference and thus creates an manifest injustice against the Human Rights of the individuals confined in the Special Housing Unit. No honest individual ...

Us individual lockdown in the Special Housing Unit at USP Hazelton are totally restricted from the outside world besides family and loved ones since we are provided with no radio, no newspaper, no books and thus have no understanding outside the ways in which we are confined. We are subjected to deplorable living conditions with the lack of sanitation because cleaning supplies are only issued once every 21 days upon cell rotation.

The hygiene kit which is passed out falls below the objective standards of reasonableness since it consists of a ball of hand soap the size of fire ball candy every three days that can only be used for one shower of hot ...

And since it is only enough soap to wash my body three times a week there is no extra soap to utilize and properly wash my hands after I defecate or urinate on the other four days, which poses an severe health problem because it is almost impossible to not obtain feces on my hand after I defecate in my attempt to use the sixteen 3x3 square pieces of tissue paper that me is issued to wipe myself with after using the toilet, with this same unclean hand I am expected to use an finger brush into my mouth in an unsafe attempt to clean my teeth. I am forced to try to eat with an unstable pc paperspoon which creates an unsanitary mess due to lack of cleaning supplies and soap to sanitize the living quarters. Then to add insult to injury my physical health is falling and deteriorating more I am confined 24 hours to my cell with no recreation wherefore my only physical activate consist of sleeping & showering.

Accordingly because of the Executive Staff after photo systematically exclude me from the Inmate Grievance and the Administrative Remedy process I petition this Honorable Court for redress to stop the depending Cruel & Unusual Conduct that exist at USP- Hazelton plus to uphold my dignity and rights that the Constitution affords me.

✗ [signature]
Date 11 . 27 . 19